**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                            :
                                                             :   Chapter 7
JEFFREY WINICK,                                                  :
                                                             :   Case No. 20-11976 (PB)
                        Debtor. :
------------------------------------------------------------------x
GREGORY M. MESSER, as Chapter 7 Trustee of the                   :
Estate of Jeffrey Winick,                                        :
                                                             :
                        Plaintiff, :
                                                             :   Adv. Pro. No. 24-01352
     -against-                                         :
                                                             :
DAVID BERLEY,                                                    :
                                                             :
                        Defendant. :
------------------------------------------------------------------x

## STIPULATION EXTENDING TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties, that defendant David Berley's (the "Defendant") time to answer, move, or otherwise respond to the Complaint filed in the above-referenced adversary proceeding is hereby extended from May 31, 2024, to June 28, 2024.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that the Defendant hereby waives any defects in the service of process.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that each of the parties below represents and warrants that they are fully authorized to enter into this Stipulation on behalf of the named party that they represent and to bind such party to the terms of this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and electronic signatures shall constitute an originally signed Stipulation for all purposes.

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>May 30, 2024 | Dated: | Uniondale, New York<br>May 30, 2024 |

| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** | **CULLEN AND DYKMAN, LLP** |
| By: */s/Stephanie R. Sweeney*<br>Fred Stevens<br>Stephanie R. Sweeney<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br>Email: fstevens@klestadt.com<br>       ssweeney@klestadt.com | By: */s/Matthew G. Roseman*<br>Matthew G. Roseman<br>333 Earle Ovington Boulevard, 2nd Fl<br>Uniondale, NY 11553<br>Tel: (516) 296-9106<br>Email: mroseman@cullenllp.com |
| *Counsel to Plaintiff Gregory M. Messer, as Chapter 7 Trustee of the Estate of Jeffrey Winick* | *Counsel to Defendant, David Berley* |

**"SO ORDERED"**

Dated:  New York, New York
        June 4, 2024

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**

2